Jesse LOVE, Jr., Movant–Appellant,

v.

STATE of Missouri, Defendant–Respondent.

No. 70123.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 10, 1996.

Jesse Love, Jr., Pro Se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Jesse Love, Jr., ("Movant") appeals from the trial court's denial of his Rule 75.01 motion which asked the court to reconsider its denial of his Rule 24.035 motion. The State has filed a motion to dismiss this appeal contending that no appeal is possible from the denial of a Rule 75.01 motion. We agree. *See State v. Sielfleisch,* 884 S.W.2d 422, 431 (Mo.App. E.D.1994). We therefore order Movant's appeal dismissed.